A CERTIFIED TRUE COPY

AUG 2 2005

ATTEST _____
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

FILED

2005 AUG -4 AM 11: 19

LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 1 5 2005

FILED
CLERK'S OFFICE

**DOCKET NO. 1657**

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

CA 05-3498 L

**(SEE ATTACHED SCHEDULE)**

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    OCT 11 2005

LORETTA G. WHYTE
CLERK

## CONDITIONAL TRANSFER ORDER (CTO-19)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 832 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, 360 F.Supp.2d 1352 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

AUG - 2 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

_____ Fee_____
__X__ Process_____
__X__ Dktd_____
_____ CtRmDep_____
_____ Doc. No _____

_____ Fee_____
_____ Process_____
__X__ Dktd_____
_____ CtRmDep_____
_____ Doc. No_____

## SCHEDULE CTO-19 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **ALABAMA NORTHERN** | | |
| ~~ALN  2  05-1054~~ | ~~Jeffrey L. Crook v. Merck & Co., Inc., et al.~~ Vacated 7/29/05 | |
| ALN  2  05-1266 | Alvin Hudson v. Merck & Co., Inc. | 05-3345 |
| ALN  2  05-876 | Joslyn Brown, etc. v. Merck & Co., Inc. | 05-3346 |
| ALN  7  05-996 | Chamis Kimani, etc. v. Merck & Co., Inc., et al. | 05-3347 |
| **ARKANSAS EASTERN** | | |
| ARE  4  05-684 | Jerry Russell Langley, et al. v. Merck & Co., Inc. | 05-3348 |
| **ARKANSAS WESTERN** | | |
| ARW  1  05-1050 | Deltha King v. Merck & Co., Inc. | 05-3349 |
| **CALIFORNIA CENTRAL** | | |
| CAC  2  05-3722 | Russ Whitmeyer v. Merck & Co., Inc. | 05-3350 |
| CAC  2  05-3853 | Jake E. Baker, et al. v. Merck & Co., Inc. | 05-3351 |
| CAC  2  05-3854 | Robert Schwartz v. Merck & Co., Inc. | 05-3352 |
| CAC  2  05-3974 | Joe Obbema, et al. v. Merck & Co., Inc. | 05-3353 |
| CAC  2  05-3975 | Tony Ortega, et al. v. Merck & Co., Inc. | 05-3354 |
| ~~CAC  2  05-4025~~ | ~~Tommy Albright, et al. v. Merck & Co., Inc., et al.~~ Vacated 7/29/05 | |
| CAC  2  05-4037 | John Thayer, et al. v. Merck & Co., Inc. | 05-3355 |
| CAC  2  05-4038 | Judith L. Oldham v. Merck & Co., Inc. | 05-3356 |
| CAC  8  05-350 | Jerry Kirby v. Merck & Co., Inc. | 05-3357 |
| **CALIFORNIA EASTERN** | | |
| CAE  2  05-1027 | Shaun Perkins, et al. v. Merck & Co., Inc. | 05-3358 |
| **CALIFORNIA NORTHERN** | | |
| CAN  3  05-2349 | Kathy Edmonds, et al. v. Merck & Co., Inc., et al. | 05-3359 |
| CAN  5  05-2026 | Pauline Ferrell v. Merck & Co., Inc., et al. | 05-3360 |
| **FLORIDA MIDDLE** | | |
| FLM  2  05-276 | Geraldine Shedd, et al. v. Merck & Co., Inc., et al. | 05-3361 |
| FLM  3  05-530 | William P. Monahan, et al. v. Merck & Co., Inc. | 05-3362 |
| FLM  5  05-269 | Thomas M. McCulla, et al. v. Merck & Co., Inc. | 05-3363 |
| FLM  5  05-270 | Scott S. Gardner, et al. v. Merck & Co., Inc. | 05-3364 |
| FLM  6  05-856 | Michael Jackson v. Merck & Co., Inc. | 05-3365 |
| FLM  8  05-1054 | Susan M. Johnson v. Merck & Co., Inc. | 05-3366 |
| FLM  8  05-1055 | Mary Jane White, et al. v. Merck & Co., Inc. | 05-3367 |
| FLM  8  05-1056 | Finley F. Gable, Jr., et al. v. Merck & Co., Inc. | 05-3368 |
| **FLORIDA SOUTHERN** | | |
| FLS  0  05-60924 | Margie Kay Marlow, et al. v. Merck & Co., Inc. | 05-3369 |
| FLS  0  05-60925 | Jerome E. Lord, et al. v. Merck & Co., Inc., et al. | 05-3370 |
| FLS  9  05-80495 | Ronald A. Smith v. Merck & Co., Inc., et al. | 05-3371 |
| FLS  9  05-80508 | Michelle Zichlin v. Merck & Co., Inc. | 05-3372 |
| **GEORGIA MIDDLE** | | |
| GAM  1  05-71 | Annie R. Kimbrel, etc. v. Merck & Co., Inc. | 05-3373 |

SCHEDULE CTO-19 TAG-ALONG ACTIONS (MDL-1657)

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **GEORGIA NORTHERN** | | |
| GAN  1  05-1403 | Rusell Widener, etc. v. Merck & Co., Inc., et al. | 05-3374 |
| GAN  1  05-1404 | Gwendolyn Woods, etc. v. Merck & Co., Inc., et al. | 05-3375 |
| GAN  4  05-107 | Betty Burnette, etc. v. Merck & Co., Inc. | 05-3376 |
| **GEORGIA SOUTHERN** | | |
| GAS  2  05-106 | Malissia Chance v. Merck & Co., Inc. | 05-3377 |
| ~~GAS  2  05-107~~ | Gladys Danford v. Merck & Co., Inc.  **New GAS C.A. # 5:05-46** | 05-3378 |
| GAS  2  05-108 | Mae Hill v. Merck & Co., Inc. | 05-3379 |
| GAS  2  05-109 | Raymond Cross v. Merck & Co., Inc. | 05-3380 |
| **IDAHO** | | |
| ID  1  05-215 | Constance Ruyle, et al. v. Merck & Co., Inc. | 05-3381 |
| ID  2  05-221 | William Lind v. Merck & Co., Inc. | 05-3382 |
| **ILLINOIS NORTHERN** | | |
| ILN  1  05-3220 | Mark Bentley, et al. v. Merck & Co., Inc. | 05-3383 |
| **ILLINOIS SOUTHERN** | | |
| ILS  3  05-329 | Betty Sharkey v. Merck & Co., Inc. | 05-3384 |
| **KENTUCKY WESTERN** | | |
| ~~KYW  3  05-324~~ | ~~William Andrew Curl, et al. v. Merck & Co., Inc., et al.~~  Opposed 7/29/05 | |
| ~~KYW  3  05-332~~ | ~~Brenda Cox, et al. v. Merck & Co., Inc., et al.~~ Opposed 7/29/05 | |
| ~~KYW  3  05-333~~ | ~~Patrick Wayne Overall, et al. v. Merck & Co., Inc., et al.~~ Opposed 7/29/05 | |
| ~~KYW  3  05-334~~ | ~~James Goodman v. Merck & Co., Inc., et al.~~ Opposed 7/29/05 | |
| ~~KYW  3  05-335~~ | ~~Steven Clark v. Merck & Co., Inc., et al.~~ Opposed 7/29/05 | |
| **LOUISIANA MIDDLE** | | |
| LAM  3  05-831 | Maylene T. Lofton v. Merck & Co., Inc. | 05-3385 |
| **LOUISIANA WESTERN** | | |
| LAW  5  05-871 | Alice Rusell v. Merck & Co., Inc. | 05-3386 |
| **MARYLAND** | | |
| MD  1  05-1470 | Kelly A. Alder, et al. v. Merck & Co., Inc. | 05-3387 |
| MD  1  05-1563 | Leroy F. Lusby v. Merck & Co., Inc. | 05-3388 |
| **MINNESOTA** | | |
| MN  0  05-1048 | Barbara C. Persinger v. Merck & Co., Inc. | 05-3389 |
| MN  0  05-1049 | Kathleen Keating v. Merck & Co., Inc. | 05-3390 |
| MN  0  05-1050 | Jennette Fairchild v. Merck & Co., Inc. | 05-3391 |
| MN  0  05-1051 | David W. Baker v. Merck & Co., Inc. | 05-3392 |
| MN  0  05-1052 | Robert J. Ashley v. Merck & Co., Inc. | 05-3393 |
| MN  0  05-1064 | Carole Webb v. Merck & Co., Inc. | 05-3394 |
| MN  0  05-1065 | Lillian Bontrager v. Merck & Co., Inc. | 05-3395 |
| MN  0  05-1066 | Steve A. Olson v. Merck & Co., Inc. | 05-3396 |
| MN  0  05-1067 | Joyce Hammett v. Merck & Co., Inc. | 05-3397 |
| MN  0  05-1068 | Billy W. Stanaland v. Merck & Co., Inc. | 05-3398 |
| MN  0  05-1071 | Caroline E. Wisniewski v. Merck & Co., Inc. | 05-3399 |
| MN  0  05-1072 | Mary R. Zimmer v. Merck & Co., Inc. | 05-3400 |
| MN  0  05-1074 | William Rosen v. Merck & Co., Inc. | 05-3401 |
| MN  0  05-1075 | Louise J. Ragatz v. Merck & Co., Inc. | 05-3402 |
| MN  0  05-1076 | Philip P. McGuire v. Merck & Co., Inc. | 05-3403 |
| MN  0  05-1077 | Colleen L. Lavine v. Merck & Co. Inc. | 05-3404 |
| MN  0  05-1078 | Rodney L. Coy v. Merck & Co., Inc. | 05-3405 |
| MN  0  05-1079 | Eileen A. Feist v. Merck & Co., Inc. | 05-3406 |

SCHEDULE CTO-19 TAG-ALONG ACTIONS (MDL-1657)                    PAGE 3 of 8

| DIST. | DIV. | C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|-------|------|--------|--------------|---------------|
| MN | 0 | 05-1080 | Delores T. Ganje v. Merck & Co., Inc. | 05-3407 |
| MN | 0 | 05-1100 | Jerald R. Gibson v. Merck & Co., Inc. | 05-3408 |
| MN | 0 | 05-1101 | Francis J. Davis v. Merck & Co., Inc. | 05-3409 |
| MN | 0 | 05-1102 | Susan Herrboldt v. Merck & Co., Inc. | 05-3410 |
| MN | 0 | 05-1103 | Victor S. Sorenson v. Merck & Co., Inc. | 05-3411 |
| MN | 0 | 05-1104 | Karen L. Castellese v. Merck & Co., Inc. | 05-3412 |
| MN | 0 | 05-1105 | Lorri S. Book v. Merck & Co., Inc. | 05-3413 |

MISSOURI EASTERN

| MOE | 4 | 05-836 | Shirley Bailey, et al. v. Merck & Co., Inc., et al. | 05-3414 |
| MOE | 4 | 05-838 | Charles Hagler, et al. v. Merck & Co., Inc., et al. | 05-3415 |
| ~~MOE~~ | ~~4~~ | ~~05-847~~ | ~~Harriet Aldridge, et al. v. Merck & Co., Inc., et al.~~ Opposed 8/2/05 | |
| MOE | 4 | 05-848 | Barbara Middleton, et al. v. Merck & Co., Inc., et al. | 05-3416 |
| MOE | 4 | 05-866 | Shirley Martin v. Merck & Co., Inc. | 05-3417 |
| MOE | 4 | 05-867 | Edna Stokes v. Merck & Co., Inc. | 05-3418 |
| MOE | 4 | 05-869 | Dorothy Jackson v. Merck & Co., Inc. | 05-3419 |
| MOE | 4 | 05-878 | Earlene McBride, et al. v. Merck & Co., Inc., et al. | 05-3420 |
| ~~MOE~~ | ~~4~~ | ~~05-879~~ | ~~Mona Swint, et al. v. Merck & Co., Inc., et al.~~ Opposed 8/2/05 | |
| ~~MOE~~ | ~~4~~ | ~~05-880~~ | ~~Sam Fife, et al. v. Merck & Co., Inc., et al.~~ Opposed 8/2/05 | |
| ~~MOE~~ | ~~4~~ | ~~05-881~~ | ~~Vanita Copeland, et al. v. Merck & Co., Inc., et al.~~ Opposed 8/2/05 | |

MISSISSIPPI NORTHERN

| MSN | 3 | 05-58 | Geraldine Guess, et al. v. Merck & Co., Inc. | 05-3421 |
| MSN | 3 | 05-67 | Cynthia S. Grammer v. Merck & Co., Inc. | 05-3422 |

NORTH CAROLINA WESTERN

| NCW | 1 | 05-222 | Patricia Copeland, etc. v. Merck & Co., Inc. | 05-3423 |

NEW JERSEY

| NJ | 3 | 05-2525 | Midwest Operating Engineers Health & Welfare Fund v. Merck & Co., Inc. | 05-3424 |
| NJ | 3 | 05-2733 | Phyllis Dirk, etc. v. Merck & Co., Inc. | 05-3425 |
| NJ | 3 | 05-2734 | Ratko Zenzerovic v. Merck & Co., Inc. | 05-3426 |

NEW MEXICO

| NM | 1 | 05-592 | Rose Jaramillo v. Merck & Co., Inc. | 05-3427 |
| NM | 1 | 05-593 | Julie R. Jessen v. Merck & Co., Inc. | 05-3428 |
| NM | 1 | 05-595 | Linda K. McGlinn v. Merck & Co., Inc. | 05-3429 |
| NM | 1 | 05-598 | Frank Moya v. Merck & Co., Inc. | 05-3430 |
| NM | 1 | 05-599 | Anna Marie Rodriguez v. Merck & Co., Inc. | 05-3431 |
| NM | 1 | 05-625 | Matthew Carrasco v. Merck & Co., Inc. | 05-3432 |
| NM | 2 | 05-594 | Christopher Wayne Carmickle v. Merck & Co., Inc. | 05-3433 |
| NM | 2 | 05-627 | Cleo Paiz v. Merck & Co., Inc. | 05-3435 |
| NM | 2 | 05-633 | Marie Martinez v. Merck & Co., Inc., et al. | 05-3436 |
| NM | 6 | 05-596 | Michael Ely v. Merck & Co., Inc. | 05-3437 |
| NM | 6 | 05-626 | Helen Keleher v. Merck & Co., Inc. | 05-3438 |
| NM | 6 | 05-637 | Denise Gonzales v. Merck & Co., Inc., et al. | 05-3439 |

NEVADA

| ~~NV~~ | ~~2~~ | ~~05-599~~ | ~~Duane Allen Carlson, et al. v. Merck & Co., Inc., et al.~~ Opposed 8/2/05 | |
| ~~NV~~ | ~~2~~ | ~~05-624~~ | ~~Patricia McArthur, et al. v. Merck & Co., Inc., et al.~~ Opposed 8/2/05 | |
| ~~NV~~ | ~~2~~ | ~~05-625~~ | ~~Nina Baker, et al. v. Merck & Co., Inc., et al.~~ Opposed 8/2/05 | |
| ~~NV~~ | ~~2~~ | ~~05-626~~ | ~~Amelia Santamaria, et al. v. Merck & Co., Inc., et al.~~ Opposed 8/2/05 | |
| ~~NV~~ | ~~2~~ | ~~05-628~~ | ~~Donald Ackworth, et al. v. Merck & Co., Inc., et al.~~ Opposed 8/2/05 | |
| ~~NV~~ | ~~3~~ | ~~05-330~~ | ~~Eva Harmon, et al. v. Merck & Co., Inc., et al.~~ Opposed 8/2/05 | |
| ~~NV~~ | ~~3~~ | ~~05-331~~ | ~~Fred Gladding, et al. v. Merck & Co., Inc., et al.~~ Opposed 8/2/05 | |
| ~~NV~~ | ~~3~~ | ~~05-333~~ | ~~Terri Ignacio, et al. v. Merck & Co., Inc., et al.~~ Opposed 8/2/05 | |
| ~~NV~~ | ~~3~~ | ~~05-334~~ | ~~Sharon Himmel, et al. v. Merck & Co., Inc., et al.~~ Opposed 8/2/05 | |

SCHEDULE CTO-19 TAG-ALONG ACTIONS (MDL-1657)                     PAGE 4 of 8

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| ~~NV   3   05-335~~ | ~~Shawn Colegrove, et al. v. Merck & Co., Inc., et al.~~ Opposed 8/2/05 | |
| ~~NV   3   05-336~~ | ~~Sean Rogan, et al. v. Merck & Co., Inc., et al.~~ Opposed 8/2/05 | |
| ~~NV   3   05-337~~ | ~~Clyde Frolich, et al. v. Merck & Co., Inc., et al.~~ Opposed 8/2/05 | |
| ~~NV   3   05-338~~ | ~~Oscar Thomas, et al. v. Merck & Co., Inc., et al.~~ Opposed 8/2/05 | |
| ~~NV   3   05-339~~ | ~~Laura Schaechtele, et al. v. Merck & Co., Inc., et al.~~ Opposed 8/2/05 | |
| ~~NV   3   05-340~~ | ~~Diane McFarlin, et al. v. Merck & Co., Inc., et al.~~ Opposed 8/2/05 | |
| | | |
| **NEW YORK EASTERN** | | |
| NYE   1   05-2446 | Rosalie Garcia v. Merck & Co., Inc., et al. | 05-3440 |
| NYE   1   05-2744 | Johnny Dingle v. Merck & Co., Inc. | 05-3441 |
| | | |
| **NEW YORK SOUTHERN** | | |
| NYS   1   05-5420 | Andrew Montesano v. Merck & Co., Inc., et al. | 05-3442 |
| | | |
| **OHIO NORTHERN** | | |
| OHN   1   05-1187 | Robert J. Nolan, et al. v. Merck & Co., Inc. | 05-3443 |
| OHN   1   05-1198 | Cloteel J. Wade v. Merck & Co., Inc. | 05-3444 |
| OHN   1   05-1201 | Connie T. White v. Merck & Co., Inc. | 05-3445 |
| OHN   1   05-1205 | George Varouh v. Merck & Co., Inc. | 05-3446 |
| OHN   1   05-1206 | Demetrios Kollias v. Merck & Co., Inc. | 05-3447 |
| OHN   1   05-1210 | Beverly Williams v. Merck & Co., Inc. | 05-3448 |
| OHN   1   05-1211 | Leroy Omerza, et al. v. Merck & Co., Inc. | 05-3449 |
| OHN   1   05-1212 | Luis F. Tadrzak v. Merck & Co., Inc. | 05-3450 |
| OHN   1   05-1213 | David B. Fender v. Merck & Co., Inc. | 05-3451 |
| OHN   1   05-1214 | Dorothy Wiley v. Merck & Co., Inc. | 05-3452 |
| OHN   1   05-1218 | Keith L. Jones, et al. v. Merck & Co., Inc. | 05-3453 |
| OHN   1   05-1219 | Byron W. James, et al. v. Merck & Co., Inc. | 05-3454 |
| OHN   1   05-1220 | Pamela S. Bentley, et al. v. Merck & Co., Inc. | 05-3455 |
| OHN   1   05-1221 | Theodore J. Jenda, et al. v Merck & Co., Inc. | 05-3456 |
| OHN   1   05-1222 | Andrew L. Barnes, et al . v. Merck & Co., Inc. | 05-3457 |
| OHN   1   05-1225 | Darrek N. Norris, et al. v. Merck & Co., Inc. | 05-3458 |
| OHN   1   05-1227 | Donald L. Moiser, et al. v. Merck & Co., Inc. | 05-3459 |
| OHN   1   05-1228 | Ronald S. Barclay, et al. v. Merck & Co., Inc. | 05-3460 |
| OHN   1   05-1230 | Paul Mundo, Jr., et al. v. Merck & Co., Inc. | 05-3461 |
| OHN   1   05-1231 | Charlene Hutchings, et al. v. Merck & Co., Inc. | 05-3462 |
| OHN   1   05-1232 | Robert C. Myers, et al. v. Merck & Co., Inc. | 05-3463 |
| OHN   1   05-1233 | James Trusso, etc. v. Merck & Co., Inc. | 05-3464 |
| OHN   1   05-1235 | Joseph Udovic, etc. v. Merck & Co., Inc. | 05-3465 |
| OHN   1   05-1242 | Pamala S. Brewer v. Merck & Co., Inc. | 05-3466 |
| OHN   1   05-1243 | Charles E. Reynolds, et al. v. Merck & Co., Inc. | 05-3467 |
| OHN   1   05-1244 | Richard Pyne, et al. v. Merck & Co., Inc. | 05-3468 |
| OHN   1   05-1245 | Richard A. Carle, et al. v. Merck & Co., Inc. | 05-3469 |
| OHN   1   05-1246 | Linda E. Rader, et al. v Merck & Co., Inc. | 05-3470 |
| OHN   1   05-1247 | Geraldine H. Butler, et al. v. Merck & Co., Inc. | 05-3471 |
| OHN   1   05-1248 | Jackie L. Redinbaugh, et al. v. Merck & Co., Inc. | 05-3472 |
| OHN   1   05-1249 | Johanna N. Risner v. Merck & Co., Inc. | 05-3473 |
| OHN   1   05-1251 | John E. Feltovich, et al. v. Merck & Co., Inc. | 05-3474 |
| OHN   1   05-1252 | Richard E. Farnsworth v. Merck & Co., Inc. | 05-3475 |
| OHN   1   05-1253 | Estel C. Edwards, Sr. v. Merck & Co., Inc. | 05-3476 |
| OHN   1   05-1254 | Mary Jane Gould, et al. v. Merck & Co., Inc. | 05-3477 |
| OHN   1   05-1255 | Thomas Brant, et al. v. Merck & Co., Inc. | 05-3478 |
| OHN   1   05-1256 | Elaine Pirtle, et al. v. Merck & Co., Inc. | 05-3479 |
| OHN   1   05-1257 | Thomas Carroll, et al. v. Merck & Co., Inc. | 05-3480 |
| OHN   1   05-1259 | Jeanette Danford, etc. v. Merck & Co., Inc. | 05-3481 |
| OHN   1   05-1261 | Edna Gardner v. Merck & Co., Inc. | 05-3482 |
| OHN   1   05-1262 | Byron Gilroy, etc. v. Merck & Co., Inc. | 05-3483 |

SCHEDULE CTO-19 TAG-ALONG ACTIONS (MDL-1657)

| DIST. DIV. C.A. # | CASE CAPTION | SEC. L/3 |
|---|---|---|
| OHN 1 05-1263 | Donald N. Cheffo, et al. v. Merck & Co., Inc. | 05-3484 |
| OHN 1 05-1265 | Roy L. Daniels, et al. v. Merck & Co., Inc. | 05-3485 |
| OHN 1 05-1266 | Jean E. Price v. Merck & Co., Inc. | 05-3486 |
| OHN 1 05-1267 | Richard E. Tate, et al. v. Merck & Co., Inc. | 05-3487 |
| OHN 1 05-1268 | Nicolaos Halkiadakis, et al. v. Merck & Co., Inc. | 05-3488 |
| OHN 1 05-1269 | Dolores A. Fetterman, et al. v. Merck & Co., Inc. | 05-3489 |
| OHN 1 05-1270 | David Prince, et al. v. Merck & Co., Inc. | 05-3490 |
| OHN 1 05-1271 | Joseph M. Strawser v. Merck & Co., Inc. | 05-3491 |
| OHN 1 05-1272 | Nick W. Tenaglia, et al. v. Merck & Co., Inc. | 05-3492 |
| OHN 1 05-1274 | Joyce D. Vlasek, et al. v. Merck & Co., Inc. | 05-3493 |
| OHN 1 05-1275 | Jean M. Gasner v. Merck & Co., Inc. | 05-3494 |
| OHN 1 05-1276 | Barbara Haselow, etc. v. Merck & Co., Inc. | 05-3495 |
| OHN 1 05-1277 | Elizabeth Marcincin v. Merck & Co., Inc. | 05-3496 |
| OHN 1 05-1281 | Robert Arnold, et al. v. Merck & Co., Inc. | 05-3497 |
| OHN 1 05-1282 | Barbara J. Burger, et al. v. Merck & Co., Inc. | 05-3498 |
| OHN 1 05-1283 | Nelson Fuentes, et al. v. Merck & Co., Inc. | 05-3499 |
| OHN 1 05-1284 | Hazel Hollowell v. Merck & Co., Inc. | 05-3500 |
| OHN 1 05-1285 | Mary L. Hall, et al. v. Merck & Co., Inc. | 05-3501 |
| OHN 1 05-1286 | Jenny Clark, et al. v. Merck & Co., Inc. | 05-3502 |
| OHN 1 05-1288 | Thomas R. Hughes, et al. v. Merck & Co., Inc. | 05-3503 |
| OHN 1 05-1289 | Allayne J. Carte v. Merck & Co., Inc. | 05-3504 |
| OHN 1 05-1291 | Giuseppe Immorlica, et al. v. Merck & Co., Inc. | 05-3505 |
| OHN 1 05-1292 | Dorothea E. Small, et al. v. Merck & Co., Inc. | 05-3506 |
| OHN 1 05-1294 | Rosemarie Hughes, et al. v. Merck & Co., Inc. | 05-3507 |
| OHN 1 05-1295 | Joyce Copeland, et al. v. Merck & Co., Inc. | 05-3508 |
| OHN 1 05-1296 | Lowell L. Staker v. Merck & Co., Inc. | 05-3509 |
| OHN 1 05-1297 | Frederick D. Foutz v. Merck & Co., Inc. | 05-3510 |
| OHN 1 05-1298 | Michael Dorney, et al. v. Merck & Co., Inc. | 05-3511 |
| OHN 1 05-1299 | Joseph L. Dillon, et al. v. Merck & Co., Inc. | 05-3512 |
| OHN 1 05-1301 | James Moore, Jr. v. Merck & Co., Inc. | 05-3513 |
| OHN 1 05-1302 | Elizabeth Kilgore v. Merck & Co., Inc. | 05-3514 |
| OHN 1 05-1303 | Michael E. Nolan, et al. v. Merck & Co., Inc. | 05-3515 |
| OHN 1 05-1304 | Ernest N. Maxwell, et al. v. Merck & Co., Inc. | 05-3516 |
| OHN 1 05-1305 | Gloria D. Clark, et al. v. Merck & Co., Inc. | 05-3517 |
| OHN 1 05-1306 | Martha W. Ogle, et al. v. Merck & Co., Inc. | 05-3518 |
| OHN 1 05-1307 | Tammy Kimble v. Merck & Co., Inc. | 05-3519 |
| OHN 1 05-1308 | Marion D. Scott, et al. v. Merck & Co., Inc. | 05-3520 |
| OHN 1 05-1310 | Rose J. Kolar, et al. v. Merck & Co., Inc. | 05-3521 |
| OHN 1 05-1311 | Earl M. Devinney, et al. v. Merck & Co., Inc. | 05-3522 |
| OHN 1 05-1323 | Sheryll R. Macon v. Merck & Co., Inc. | 05-3523 |
| OHN 1 05-1324 | Joseph P. Wilson, et al. v. Merck & Co., Inc. | 05-3524 |
| OHN 1 05-1328 | Dale E. Jackson, et al. v. Merck & Co., Inc. | 05-3525 |
| OHN 1 05-1329 | Mary Kasony v. Merck & Co., Inc. | 05-3526 |
| OHN 1 05-1331 | Gary R. Lindsey, et al. v. Merck & Co., Inc. | 05-3527 |
| OHN 1 05-1332 | Hattie E. Loudermilk, et al. v. Merck & Co., Inc. | 05-3528 |
| OHN 1 05-1334 | Ildiko P. White, et al. v. Merck & Co., Inc. | 05-3529 |
| OHN 1 05-1336 | Dennis Wasson, et al. v. Merck & Co., Inc. | 05-3530 |
| OHN 1 05-1338 | Viola Shannon, et al. v. Merck & Co., Inc. | 05-3531 |
| OHN 1 05-1339 | Mable J. Taylor v. Merck & Co., Inc. | 05-3532 |
| OHN 1 05-1340 | Valerie L. Wallace v. Merck & Co., Inc. | 05-3533 |
| OHN 1 05-1341 | Charlene M. Sparren v. Merck & Co., Inc. | 05-3534 |
| OHN 1 05-1342 | John D. Rose v Merck & Co., Inc. | 05-3535 |
| OHN 1 05-1343 | Shirley Stalter, et al. v. Merck & Co., Inc. | 05-3536 |
| OHN 1 05-1344 | Rodney Stevenson, Sr., et al. v. Merck & Co., Inc. | 05-3537 |
| OHN 1 05-1345 | Edward Styka v. Merck & Co., Inc. | 05-3538 |
| OHN 1 05-1346 | Thomas M. Sayman, et al. v. Merck & Co., Inc. | 05-3539 |
| OHN 1 05-1347 | Norman D. Robinson, et al. v. Merck & Co., Inc. | 05-3540 |
| OHN 1 05-1348 | Mary E. Rosato, et al. v. Merck & Co., Inc. | 05-3541 |

SCHEDULE CTO-19 TAG-ALONG ACTIONS (MDL-1657)

| DIST. | DIV. | C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|-------|------|--------|--------------|---------------|
| OHN | 1 | 05-1349 | Raymond Simonelli v. Merck & Co., Inc. | 05-3542 |
| OHN | 1 | 05-1350 | Sarah Roberts v. Merck & Co., Inc. | 05-3543 |
| OHN | 1 | 05-1351 | Russell Robinson, et al. v. Merck & Co., Inc. | 05-3544 |
| OHN | 1 | 05-1352 | Margaret Varsho, et al. v. Merck & Co., Inc. | 05-3545 |
| OHN | 1 | 05-1353 | Robert M. Hensler, et al. v. Merck & Co., Inc. | 05-3546 |
| OHN | 1 | 05-1356 | Edwin J. Stiffler, Sr. v. Merck & Co., Inc. | 05-3547 |
| OHN | 1 | 05-1357 | Glenn E. Smith v. Merck & Co., Inc. | 05-3548 |
| OHN | 1 | 05-1358 | William F. Saintenoy, et al. v. Merck & Co., Inc. | 05-3549 |
| OHN | 1 | 05-1362 | Oscar Williams, et al. v. Merck & Co., Inc. | 05-3550 |
| OHN | 1 | 05-1363 | Sam Rich, et al. v. Merck & Co., Inc. | 05-3551 |
| OHN | 1 | 05-1365 | Caroline J. Sanker, et al. v. Merck & Co., Inc. | 05-3552 |
| OHN | 1 | 05-1366 | Judith L. Ward, et al. v. Merck & Co., Inc. | 05-3553 |
| OHN | 1 | 05-1368 | Shirley Hensley, et al. v. Merck & Co., Inc. | 05-3554 |
| OHN | 1 | 05-1370 | Tawanda Demmings v. Merck & Co., Inc. | 05-3555 |
| OHN | 1 | 05-1371 | Richard Tock, et al. v Merck & Co., Inc. | 05-3556 |
| OHN | 1 | 05-1372 | Geraldine Mallory v. Merck & Co., Inc. | 05-3557 |
| OHN | 1 | 05-1373 | William S. Lederman v. Merck & Co., Inc. | 05-3558 |
| OHN | 1 | 05-1375 | Irene M. Lanese v. Merck & Co., Inc. | 05-3559 |
| OHN | 1 | 05-1376 | William T. Lemmon, et. al. v. Merck & Co., Inc. | 05-3560 |
| OHN | 1 | 05-1377 | Aldino O. Marini, et al. v. Merck & Co., Inc. | 05-3561 |
| OHN | 1 | 05-1378 | Russell R. Davidson, et al. v. Merck & Co., Inc. | 05-3562 |
| OHN | 1 | 05-1379 | Donald R. Crist, et al. v. Merck & Co., Inc. | 05-3563 |
| OHN | 1 | 05-1381 | David E. Lundgren, et al. v. Merck & Co., Inc. | 05-3564 |
| OHN | 1 | 05-1410 | Williard A. Facemire, et al. v. Merck & Co., Inc. | 05-3565 |
| OHN | 1 | 05-1421 | Albina J. Leonetti v. Merck & Co., Inc. | 05-3566 |
| OHN | 1 | 05-1430 | Stanton Lavelle, et al. v. Merck & Co., Inc. | 05-3567 |
| OHN | 1 | 05-1436 | Abraham A. Acoff, Sr. v. Merck & Co., Inc. | 05-3568 |
| OHN | 1 | 05-1439 | Aaron Dardzinski v. Merck & Co., Inc. | 05-3569 |
| OHN | 1 | 05-1441 | Lularene Benson v. Merck & Co., Inc. | 05-3570 |
| OHN | 1 | 05-1442 | Leona Adkins, et al. v. Merck & Co., Inc. | 05-3571 |
| OHN | 1 | 05-1443 | Henry Washington, et al. v. Merck & Co., Inc. | 05-3572 |
| OHN | 1 | 05-1445 | Luis Fussalva v. Merck & Co., Inc. | 05-3573 |
| OHN | 1 | 05-1447 | John J. Hatten, et al. v. Merck & Co., Inc. | 05-3574 |
| OHN | 1 | 05-1460 | Carl Burns v. Merck & Co., Inc., et al. | 05-3575 |
| OHN | 1 | 05-1461 | Keith A. Lange, et al. v. Merck & Co., Inc. | 05-3576 |
| OHN | 1 | 05-1462 | Hellen Sutton v. Merck & Co., Inc. | 05-3577 |
| OHN | 1 | 05-1463 | Virginia Bloomberg, et al v. Merck & Co., Inc. | 05-3578 |
| OHN | 1 | 05-1464 | Rosa Mizell v. Merck & Co., Inc. | 05-3579 |
| OHN | 1 | 05-1515 | Carol Moss, etc. v. Merck & Co., Inc. | 05-3580 |
| OHN | 1 | 05-1523 | Lee Johnson, et al. v. Merck & Co., Inc. | 05-3581 |
| OHN | 1 | 05-1524 | Marsha Moore, et al. v. Merck & Co., Inc. | 05-3582 |
| OHN | 1 | 05-1534 | Ethel M. Lowman v. Merck & Co., Inc. | 05-3583 |
| OHN | 1 | 05-1572 | Frank P. Jones, et al. v. Merck & Co., Inc. | 05-3584 |
| OHN | 3 | 05-1287 | Boykin Barnett, et al. v. Merck & Co., Inc. | 05-3585 |
| OHN | 3 | 05-1300 | Antoinette R. Evancho, et al. v. Merck & Co., Inc. | 05-3586 |
| OHN | 4 | 05-1420 | William Sanko v. Merck & Co., Inc. | 05-3587 |
| OHN | 4 | 05-1425 | Martin L. Malone, etc. v. Merck & Co., Inc. | 05-3588 |
| OHN | 4 | 05-1426 | Stephen J. Sopik v. Merck & Co., Inc. | 05-3589 |
| OHN | 4 | 05-1428 | Donna J. Tanferno, et al. v. Merck & Co., Inc. | 05-3590 |
| OHN | 4 | 05-1429 | Larry Rudell Walker v. Merck & Co., Inc. | 05-3591 |
| OHN | 4 | 05-1431 | Almajean Karlovic, et al. v. Merck & Co., Inc. | 05-3592 |
| OHN | 4 | 05-1432 | Raymond Ervin, Jr., et al. v. Merck & Co., Inc. | 05-3593 |
| OHN | 4 | 05-1433 | Matthew J. Pritchett, et al . v. Merck & Co., Inc. | 05-3594 |
| OHN | 4 | 05-1438 | Raymond J. Rubino, et al. v. Merck & Co., Inc. | 05-3595 |
| OHN | 4 | 05-1444 | Claude Tillery, et al. v. Merck & Co., Inc. | 05-3596 |
| OHN | 5 | 05-1435 | Shirley Belknap, et al. v. Merck & Co., Inc. | 05-3597 |
| OHN | 5 | 05-1437 | Nancy J. Kiger, et al. v. Merck & Co., Inc. | 05-3598 |
| OHN | 5 | 05-1440 | Harrison Sarver, et al. v. Merck & Co., Inc. | 05-3599 |

SCHEDULE CTO-19 TAG-ALONG ACTIONS (MDL-1657)

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **OHIO SOUTHERN** | | |
| OHS 1 05-373 | Irma Thompson, et al. v. Merck & Co., Inc. | 05-3600 |
| OHS 1 05-374 | Robert E. Maple v. Merck & Co., Inc. | 05-3601 |
| OHS 2 05-532 | Carley A. Cox v. Merck & Co., Inc. | 05-3602 |
| OHS 3 05-187 | William LeMaster, etc. v. Merck & Co., Inc. | 05-3603 |
| **OKLAHOMA EASTERN** | | |
| OKE 6 05-226 | Michele Stuckey, et al. v. Merck & Co., Inc. | 05-3604 |
| **PENNSYLVANIA EASTERN** | | |
| PAE 2 05-2079 | Alicia Smith v. Merck & Co., Inc., et al. | 05-3605 |
| PAE 2 05-2274 | Elvia Pompey v. Merck & Co., Inc., et al. | 05-3606 |
| PAE 2 05-2275 | Elaine Baylor v. Merck & Co., Inc., et al. | 05-3607 |
| PAE 2 05-2422 | Mary Brantner, et al. v. Merck & Co., Inc. | 05-3608 |
| PAE 2 05-2430 | Connie Ashby v. Merck & Co., Inc. | 05-3609 |
| PAE 2 05-2441 | Daniel Dougan, etc. v. Merck & Co., Inc. | 05-3610 |
| PAE 2 05-2442 | Shirley DeMary, etc. v. Merck & Co., Inc. | 05-3611 |
| PAE 2 05-2460 | Shawne Christian, etc. v. Merck & Co., Inc. | 05-3612 |
| PAE 2 05-2534 | Kathleen Gavlinski, etc. v. Merck & Co., Inc. | 05-3613 |
| PAE 2 05-2537 | Leland Lewis, etc. v. Merck & Co., Inc. | 05-3614 |
| PAE 2 05-2581 | Dewayne Cawley, etc. v. Merck & Co., Inc. | 05-3615 |
| PAE 2 05-2583 | Jerusha C. Bartay, etc. v. Merck & Co., Inc. | 05-3616 |
| PAE 2 05-2585 | David W. Almond, et al. v. Merck & Co., Inc. | 05-3617 |
| PAE 2 05-2586 | John W. Astle, et al. v. Merck & Co., Inc. | 05-3618 |
| PAE 2 05-2587 | Gregory L. Austin, et al. v. Merck & Co., Inc. | 05-3619 |
| PAE 2 05-2644 | Muriel Besefske, et al. v. Merck & Co., Inc. | 05-3620 |
| PAE 2 05-2646 | Barbara J. Bolick, et al. v. Merck & Co., Inc. | 05-3621 |
| PAE 2 05-2647 | Ajay K. Bansal, et al. v. Merck & Co., Inc. | 05-3622 |
| PAE 2 05-2648 | Arlene Belmore v. Merck & Co., Inc. | 05-3623 |
| PAE 2 05-2649 | Patrice Blaustein, et al. v. Merck & Co., Inc. | 05-3624 |
| PAE 2 05-2678 | Mary L. Bowman, et al. v. Merck & Co., Inc. | 05-3625 |
| PAE 2 05-2680 | Michael E. Hardwick, et al. v. Merck & Co., Inc. | 05-3626 |
| PAE 2 05-2692 | Gordon V. Carr, et al. v. Merck & Co., Inc. | 05-3627 |
| **PENNSYLVANIA WESTERN** | | |
| PAW 1 05-174 | Thomas E. Folino, etc. v. Merck & Co., Inc. | 05-3628 |
| PAW 2 05-773 | Madeline K. Tamblyn, etc. v. Merck & Co., Inc. | 05-3629 |
| **TENNESSEE WESTERN** | | |
| TNW 1 05-1146 | Earnestine L. Bills v. Merck & Co., Inc., et al. | 05-3630 |
| TNW 1 05-1154 | Lillian Olene Dawson, etc. v. Merck & Co., Inc. | 05-3631 |
| TNW 1 05-1155 | Austin B. Franks, et al. v. Merck & Co., Inc., et al. | 05-3632 |
| TNW 2 05-2391 | Susan Patricia Drake v. Merck & Co., Inc. | 05-3633 |
| TNW 2 05-2397 | Dorothy H. Grannis v. Merck & Co., Inc. | 05-3634 |
| **TEXAS EASTERN** | | |
| TXE 1 05-370 | Carol Jones v. Merck & Co., Inc. | 05-3434 |
| TXE 2 05-233 | Policarpio Alberto Madrid v. Merck & Co., Inc., et al. | 05-3635 |
| **TEXAS NORTHERN** | | |
| TXN 3 05-1010 | Maria Carmen Capote v. Merck & Co., Inc. | 05-3636 |
| **TEXAS SOUTHERN** | | |
| TXS 4 05-1956 | Johnnie M. Ray, et al. v. Merck & Co., Inc. | 05-3637 |

SCHEDULE CTO-19 TAG-ALONG ACTIONS  (MDL-1657)

PAGE 8 of 8

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **TEXAS WESTERN** | | |
| TXW  1  05-381 | Laura Rojas v. Merck & Co., Inc. | 05-3638 |
| TXW  1  05-402 | Melvina Miller, et al. v. Merck & Co., Inc. | 05-3639 |
| TXW  1  05-419 | Edwin M. Richison, et al. v. Merck & Co., Inc. | 05-3640 |
| TXW  6  05-228 | Crystal Polk v. Merck & Co., Inc., et al. | 05-3641 |
| **UTAH** | | |
| UT  1  05-77 | Jerry A. Colvell, et al. v. Merck & Co., Inc. | 05-3642 |
| **VIRGINIA WESTERN** | | |
| VAW 1  05-47 | Burton Eugene Potter v. Merck & Co. Inc. | 05-3643 |
| **WEST VIRGINIA SOUTHERN** | | |
| WVS  1  05-459 | Willie Mae Davis, et al. v. Merck & Co., Inc. | 05-3644 |